**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Joseph R. Manning, Jr SBN #223381   Michael J Manning SBN 286879<br>MANNING LAW APC<br>20062 SW Birch St #200<br>Newport Beach, CA 92660<br>TELEPHONE NO.: 949-200-8755   FAX NO. *(Optional)*: 866-843-8308<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff Anthony Bouyer, an individual | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles<br>STREET ADDRESS: 350 W 1st Street<br>MAILING ADDRESS: same<br>CITY AND ZIP CODE: Los Angeles CA 90012<br>BRANCH NAME: Western Division | |
| PLAINTIFF/PETITIONER: Anthony Bouyer, an individual<br>DEFENDANT/RESPONDENT: Fahmy Mushmel and Salam Mushmel as individuals and as Trustees etc | CASE NUMBER:<br>2:20 cv 00337 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: Certification and Notice of Interested Parties, Notice to Parties of Court Directed ADR Program Notice of Assignment, Initial Standing Order, Notice to Parties ADA Disability Access Litigation Application for Stay and Early Mediation Proposed Order
3. a. Party served *(specify name of party as shown on documents served)*:
   Fahmy Mushmel and Salam Mushmel as individuals and as Trustees under the Fahmy Mushmel and Salam Mushmel Living Trust Dated May 28, 1998
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   15445 Ventura Blvd #31, Sherman Oaks, CA 91403
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:           (2) at *(time)*:
   b. [✓] **by substituted service.** On *(date)*: 1/21/2020   at *(time)*: 12:57 PM   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   Sylvia Hourany- Receptionist at Mushmel Properties authorized to accept
      (1) [✓] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 1-22-20 from *(city)*: Anaheim CA   or [ ] a declaration of mailing is attached.
      (5) [✓] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Page 1 of 2<br>Code of Civil Procedure, § 417.10 |
|---|---|---|

| PLAINTIFF/PETITIONER: Anthony Bouver, an individual | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Fahmy Mushmel and Salam Mushmel as individuals and as Trustees etc | 2:20 cv 00337 |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*
   (2) from *(city):*
   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [✓] On behalf of *(specify):* Fahmy Mushmel and Salam Mushmel as individuals and as Trustees under the Fahmy Mushmel and Salam Mushmel Living Trust Dated May 28, 1998
   under the following Code of Civil Procedure section:
   - [ ] 416.10 (corporation)
   - [ ] 416.20 (defunct corporation)
   - [ ] 416.30 (joint stock company/association)
   - [ ] 416.40 (association or partnership)
   - [ ] 416.50 (public entity)
   - [ ] 415.95 (business organization, form unknown)
   - [ ] 416.60 (minor)
   - [ ] 416.70 (ward or conservatee)
   - [ ] 416.90 (authorized person)
   - [ ] 415.46 (occupant)
   - [✓] other:

7. **Person who served papers**
   a. Name: Adriana M Achucarro
   b. Address: 2390 E Orangewood Ave #530, Anaheim, CA 92806
   c. Telephone number: 949-305-9108
   d. The fee for service was: $
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [✓] a registered California process server:
         (i) [ ] owner  [ ] employee  [✓] independent contractor.
         (ii) Registration No.: 2898
         (iii) County: Orange

8. [✓] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 1/24/2020

Adriana M Achucarro
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE)

UNITED STATES DISTRICT COURT CENTRAL DISTRCIT OF CALIFORNIA

WESTERN DIVISION

Anthony Bouyer, an individual et al

PLAINTIFF(S)

vs

ADH Belpo LLC a Nevada limited liability company

DEFENDANT(S)

CASE NUMBER

2:20 CV 00342

DECLARATION OF DUE DILIGENCE

I served Summons, Complaint, Civil Case Cover Sheet, Notice to Parties of Court Directed ADR Program, Notice of Assignment, Certification and Notice to Interested Parties, Initial Standing Order, Notice to Parties ADA Disability Access Litigation Application for Stay and Early Mediation Proposed Order

SUBSTITUTE SERVICE PERSUANT TO C.C.P. 415.20 (a) (b) Fahmy Mushmel and Salam Mushmel as individuals and as Trustees under the Fahmy Mushmel and Salam Mushmel Living Trust Dated May 28, 1998

By leaving with a person at least 18 years of age: Sylvia Hourany- Receptionist at Mushmel Properties authorized to accept

Date: 1/21/2020          Time: 12:57 PM

Address and City where documents were served: 15445 Ventura Blvd #31, Sherman Oaks, CA 91403 (business

Address where service was also attempted: 16890 Encino Hills Dr Encino CA 91436 ( residence)

On 1/22/2020 mailed a copy from Anaheim CA to the above address by first class mail postage fully prepaid. The substitute service was made only after making the following attempts to serve the defendant(s) personally.

## CERTIFICATE OF REASONABLE DILIGENCE

ON THE FOLLOWING DATE AND TIMES, I FIRST ATTEMPTED TO MAKE A PERSONAL   SERVICE BUT WAS UNABLE FOR THE REASONS AS SHOWWS:

1/15/2020     9:45 AM      Address is a residence. Cameras, light outside, No cars No answer

1/17/2020     2:45 PM      No answer at residence

1/21/2020    12:57 PM  Documents left with Sylvia Hourany- Receptionist at Mushmel Properties authorized to accept At business address

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Executed on 1/24/2020 at ANAHEIM, CA

SIGNATURE

Adriana M Achucarro/ R.T.O.T. Inc.
PSC# 2898/ ORANGE COUNTY
2390 E ORANGEWOOD AVE #530. ANAHEIM, CA 92806
(949) 305-9108